**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SHELBY ARRON,**                              :

          **Plaintiff,**           **Case No. 2:26-cv-390**
    **v.**                                 **Chief Judge Sarah D. Morrison**
                                  **Magistrate Judge S. Courter M.**
**BRANDI CUSTER,** *et al.***,**              **Shimeall**

          **Defendants.**         :

### <u>OPINION AND ORDER</u>

This matter is before the Court on the Order and Report and Recommendation ("OR&R") entered by the Magistrate Judge on July 2, 2026. (ECF No. 11.) Therein, pursuant to 28 U.S.C. § 1915(e)(2) and the Court's Order (ECF No. 9), the Magistrate Judge conducted a second initial screen of Plaintiff's Complaint and recommended that (1) the Court allow Plaintiff to proceed on her Fourteenth Amendment Due Process claims and on her individual Fourth Amendment claim against Defendants Custer and Martin in their individual capacities for damages and declaratory relief; and (2) the Court dismiss Plaintiff's remaining claims for failure to state a claim. (*Id.*, PAGEID # 107.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

The parties were advised of the right to file objections to the OR&R and of the consequences of failing to do so. (OR&R, PAGEID # 119.) No objections have been filed, and the time for filing objections has passed.

Accordingly, the Court **ADOPTS AND AFFIRMS** the OR&R (ECF No. 11). Plaintiff's Fourth Amendment claim, insofar as it relates to her children's alleged seizure, is **DISMISSED without prejudice**. Plaintiff's *Monell* claim is **DISMISSED without prejudice**, such that Coshocton County Children Services is no longer a party to this action. Plaintiff's official-capacity claims against Defendants Custer and Martin are **DISMISSED without prejudice**. Plaintiff's Fourteenth Amendment Equal Protection claim is **DISMISSED without prejudice**.

Plaintiff **MAY PROCEED** with her Fourth Amendment claim as it pertains to her own alleged harms (but not her children's) and with her procedural (Count II) and substantive (Count IV) Fourteenth Amendment Due Process claims as to Defendants Custer and Martin in their individual capacities.

Plaintiff is further **ORDERED** to follow the instructions related to the service documents outlined in the OR&R.

    **IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

2